# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON,

    Respondent,

   v.

BRIAN DAVID MARTIN,

    Appellant.

)
)
)
)
)
)
)
)
)
)
)

No. 78393-9-I

DIVISION ONE

UNPUBLISHED OPINION

FILED: JUL 1 5 2019

PER CURIAM — Brian Martin challenges a legal financial obligation imposed following his guilty plea to two counts of possession of a controlled substance. Martin contends, and the State concedes, that the $200 criminal filing fee should be stricken from his judgment and sentence due to his indigence, legislative amendments, and State v. Ramirez, 191 Wn.2d 732, 746-50, 426 P.3d 714 (2018). We accept the State's concession and remand for the trial court to strike the filing fee from Martin's judgment and sentence.

For the Court:

      _Leach, J._

      _____

      _____